IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY CRAIG RUSSELL                                              PLAINTIFF

v.                        No. 4:11-cv-764-DPM

MOTOROLA, INC. MOBILE
BUSINESS DEVICES; DOROTHY
HODGES; SUSAN KANE; MATTHEW
QUIGLEY; JOHN MARTENS; and
RUSSELL CELLULAR-VERIZON                                        DEFENDANTS

ORDER

The individual defendants' motion to dismiss is granted. Russell's *pro se* complaint makes no allegation that Hodges, Kane, Quigley, or Martens were involved in designing, making, or selling the allegedly defective telephone. Russell says, Document No. 16, that he needs these individuals' testimony to make his case at trial. Fine. A person may be a witness in a case without being a party to the case. The Court urges Russell to review the Federal Rules of Civil Procedure because he must follow them. *E.g.*, FED. R. CIV. P. 32 (on using depositions in court proceedings).

Motion, *Document No. 13*, granted. All Russell's claims against Dorothy Hodges, Susan Kane, Matthew Quigley, and John Martens are dismissed

without prejudice for failure to state a claim. The Court directs the Clerk to terminate all these individuals as parties.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2012