IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY CRAIG RUSSELL**                                            PLAINTIFF

v.                          No. 4:11-cv-764-DPM

**MOTOROLA INC. MOBILE
BUSINESS DEVICES; and
RUSSELL CELLULAR-VERIZON**                             DEFENDANTS

ORDER

Larry Craig Russell may bring his cellular telephone to the 28 June 2012 hearing.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 June 2012