IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY CRAIG RUSSELL                                              PLAINTIFF

v.                                      No. 4:11-cv-764-DPM

MOTOROLA MOBILITY, INC.; and
RUSSELL CELLULAR-VERIZON                                        DEFENDANTS

ORDER

The Court grants, as modified, Mr. Russell's motion to seal records.

*Document No. 41.* Any court document containing medical records or medical

information must be filed under seal.   The Court also grants Motorola's

motion to compel.  *Document No. 42.*  Mr. Russell has until 13 July 2012 to

provide Motorola with the names and addresses of anybody with knowledge

about the facts underlying Mr. Russell's complaint.  By that same date, Mr.

Russell must also put pencil to paper and provide Motorola specifics about

the sources of, and evidence for, his alleged damages.  He must also provide

a copy of his video tape of the first phone examination by July 13th too.

Motorola is also entitled to test the allegedly defective cell phone.  But the

testing should take place in Arkansas so that Mr. Russell may be present.

Finally, the Court denies Russell Cellular-Verizon's motion to dismiss.

*Document No. 46.*  The Court reopens the window for service until 30 July

2012.  FED. R. CIV. P. 4(m).    Mr. Russell must make good service on Russell

Cellular-Verizon before then and must provide proof of such service.   The

Court's reasoning for each of these rulings was stated on the record at the 28

June 2012 hearing.

     So Ordered.


                        _____

                        D.P. Marshall Jr.
                        United States District Judge

                        29 June 2012