# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY CRAIG RUSSELL**                                     **PLAINTIFF**

v.                         No. 4:11-cv-764-DPM

**MOTOROLA MOBILITY INC. and**
**RUSSELL CELLULAR-VERIZON**                                **DEFENDANTS**

## JUDGMENT

Mr. Russell's claims against Motorola and Russell Cellular are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 January 2013